# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NORTHERN DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The Children's Place,<br><br>　　　　Defendant. | ORDER TO SHOW CAUSE<br><br>Case No. 2:17-cv-00636-BCW |

A summons was issued in this case in June 2017[1] and since that time there has been no other activity in this case.

Accordingly, Plaintiff is hereby ordered to show cause why the above captioned case should not be dismissed. Plaintiff is directed to respond in writing within 14 days from the date of this order and inform the Court of the status of the case and intentions to proceed. Failure to do so will result in dismissal of the case.

　　　　DATED this 29 December 2017.

_Brooke C. Wells_
Brooke C. Wells
United States Magistrate Judge

---

[1] Docket no. 3.